UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Bruce Robert Nelson,

Petitioner,

vs.

Sheryl Ramstad Hvass,

Respondent.

Civil File No. 00-2595 (RHK/JMM)

**ORDER**

1. Respondent has filed a motion for an extension of time within which to file and serve a Return. Respondent moved the Court for an Order extending the time to file and serve the Return from April 26, 2002 to May 3, 2002.

2. Respondent has shown good cause pursuant to Habeas Corpus Rule 4 and Fed. R. Civ. P. 81(a)(2) for allowing the extension of time.

3. Respondent's Return shall be filed on or before May 3, 2002.

Dated: 4/29/02

JOHN M. MASON
United States Magistrate Judge

AG: 653834.v. 01

MAY 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK