AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Bruce Robert Nelson

V.

Sheryl Ramstad Hvass

## JUDGMENT IN A CIVIL CASE

Case Number: 00-2595 RHK/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the objections are overruled. The Report and Recommendation is adopted. The application for a writ of habeas corpus is denied. This action is dismissed with prejudice. Petitioner's assumed request for a certificate of appealability is (a) denied with respect to his claims that his waiver of his constitutional right to a jury trial was invalid and (b) granted with respect to his claim that he received ineffective assistance of counsel because he was misinformed by his attorney about the sentencing aspect of the "paper trial" agreement.

December 17, 2002
Date

RICHARD D. SLETTEN, CLERK

(By) Victoria Moralez, Deputy Clerk

Modified:11/20/02