**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

BRUCE ROBERT NELSON,

Petitioner,

v.

SHERYL RAMSTAD HVASS,

Respondent.

Civil No. 00-2595 (RHK/FLN)

**ORDER**

This matter is presently before the Court on Petitioner's request for leave to proceed in forma pauperis, ("IFP"), on appeal, and for appointment of counsel on appeal. (Docket No. 27 + 28.) Based on the representations made in the IFP application, the Court finds that Petitioner is financially eligible for IFP status. The Court also finds that Petitioner's appeal is brought "in good faith," for purposes of 28 U.S.C. § 1915(a)(3) and Fed. R. Civ. P. 24(a). The request for IFP status on appeal will therefore be granted.

Because Petitioner has been granted a Certificate of Appealability, the Court of Appeals presumably will appoint counsel to represent him in connection with his appeal. See Kruger v. Erickson, 77 F.3d 1071, 1074, n. 4 (8th Cir. 1996) (per curiam) (noting that the Circuit Court's "Internal Operating Procedure" provides for appointment of counsel upon issuance of a certificate). That, however, is a matter for the Court of Appeals to determine. Therefore, Petitioner's request for appointment of counsel will be denied, with the understanding that such request will be considered de novo by the Court of Appeals.

Based upon the foregoing, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

JAN 28 2003
FILED____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

1. Petitioner's application to proceed in forma pauperis on appeal, (Docket No.27), is GRANTED; and

2. Petitioner's request for appointment of counsel, (Docket No. 28), is DENIED WITHOUT PREJUDICE.

Dated: January 27, 2003

RICHARD H. KYLE
United States District Court Judge