# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-1612

| | | |
|---|---|---|
| Bruce Robert Nelson, | * | CV 00-2595 RHK/FLN |
| Appellant, | * | |
| v. | * | Appeal from the United States District Court for the District of Minnesota |
| Sheryl Ramstad Hvass, | * | |
| Appellee. | * | |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

December 21, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

SCANNED
MAR 04 2005
U.S. DISTRICT COURT ST. PAUL